# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1950. JOHN OXENDINE, P.C. v. GEORGIA GOVERNMENT TRANSPARENCY AND CAMPAIGN FINANCE COMMISSION.**

John Oxendine, P.C. ("Appellant") filed a motion to quash a subpoena issued by the Georgia Government Transparency and Campaign Finance Commission to Branch Banking & Trust Company. The trial court denied the motion, and the Appellant filed both a direct appeal and an application for discretionary appeal to the Supreme Court. The Supreme Court transferred the application and the direct appeal to this Court. See Case No. S18D0704 (transferred Feb. 15, 2018); Case No. S18A0964 (transferred Apr. 16, 2018). On April 3, 2018, this Court denied the Appellant's application for discretionary appeal. See Case No. A18D0354 (decided Apr. 3, 2018). Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/17/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*